# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 14, 2025

Before
FRANK H. EASTERBROOK, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| No. 24-1608 | E. D., a minor, by her parent and next friend, LISA DUELL, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>NOBLESVILLE SCHOOL DISTRICT, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03075-SEB-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date. Costs to be assessed against the appellants

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)