# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 7, 2025

To: Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 24-1608 | E. D., a minor, by next friend MICHAEL DUELL, et al., Plaintiffs - Appellants<br><br>v.<br><br>NOBLESVILLE SCHOOL DISTRICT, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-03075-SEB-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                        No record to be returned

form name: **c7_Mandate**  (form ID: **135**)